# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re NASH FINCH CO. SECURITIES LITIGATION | Civ. No. 0:05-cv-02934-ADM-AJB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

DATE: April 10, 2008
TIME: 1:30 p.m.
COURTROOM: The Honorable
　　　　　　　Ann D. Montgomery

Lead Plaintiff Central Laborers' Pension Fund hereby moves this Court to enter a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"). By entering the Notice Order, the Court will: (a) preliminarily approve the settlement set forth in the Stipulation of Settlement dated as of March 11, 2008 ("Stipulation"); (b) direct mailing of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and publication of the Summary Notice; and (c) schedule a hearing at which the Court will consider final approval of the settlement contained in the Stipulation.

This motion is made on the grounds that the settlement is fair, reasonable and adequate. The motion is based on the supporting memorandum, submitted herewith and such other written or oral argument as may be presented to the Court.

DATED: March 11, 2008                    Respectfully submitted,

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone: 651/287-2100
651/287-2103 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY D. LIGHT

                              s/ Jeffrey D. Light
                              JEFFREY D. LIGHT

- 2 -

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
JAMES W. OLIVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

CAVANAGH O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL 62605
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

S:\Settlement\Nash Finch 06.set\MTN PRELIM APPROVAL 00049825.doc