# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re NASH FINCH CO. SECURITIES LITIGATION | ) Civ. No. 0:05-cv-02934-ADM-AJB ) ) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) STIPULATION DISMISSING THE ) INDIVIDUAL DEFENDANTS ) ) ) |

This Stipulation Dismissing Individual Defendants (the "Dismissal Stipulation") is entered into by and among Lead Plaintiff Central Laborers' Pension Fund (on behalf of itself and each of the Settlement Class Members) ("Lead Plaintiff"), by and through its counsel of record, and the Individual Defendants Ron Marshall, LeAnne Stewart and Kathleen McDermott (the "Individual Defendants"), by and through their counsel of record.

1. Lead Plaintiff hereby dismisses the Litigation without prejudice against the Individual Defendants pending this Court's approval of the Stipulation of Settlement dated as of March 11, 2008 (the "Stipulation"), entered into between Lead Plaintiff and Defendant Nash Finch Company.[1]

2. Upon the Effective Date of the Stipulation, as that term is defined in ¶1.6 of the Stipulation, the dismissal of the Individual Defendants will be with prejudice.

3. Upon the Effective Date of the Stipulation, the Lead Plaintiff and each of the Settlement Class Members, on behalf of themselves, their heirs, executors, administrators, successors and assigns, shall be deemed to have, and by operation of the Judgment shall have, fully, completely, finally, and forever released, remised, relinquished and discharged each and every Released Claim against each and every Individual Defendant and Released Person, and shall forever be barred and enjoined from prosecuting any Released Claim against each and every Individual Defendant and Released Person.

---

[1] All capitalized terms not herein defined shall have the same meanings as assigned to them in the Stipulation.

- 2 -

4. Upon the Effective Date of the Stipulation, the Individual Defendants shall be deemed to have, and by operation of this Dismissal Stipulation shall have, fully, completely, finally, and forever released, remised, relinquished and discharged each and all of the Settlement Class Members, Lead Plaintiff, Lead Counsel and Plaintiffs' Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims, other than Claims to enforce the terms of this Dismissal Stipulation.

5. In the event that the Stipulation is not approved by the Court or the settlement set forth in the Stipulation is terminated or fails to become effective in accordance with its terms, this Dismissal Stipulation and the agreements set forth herein are null and void and Lead Plaintiff and the Individual Defendants shall be restored to their respective positions in the Litigation. In that event, the Individual Defendants agree that they shall not plead or otherwise assert that the period between December 19, 2005 and the time that the Individual Defendants are restored to their respective positions in the Litigation is or should be considered in determining whether any statutes of limitation, laches, and/or any other defense based upon the lapse or passage of time, bars any claim against the Individual

Defendants in the Litigation. However, nothing in this Dismissal Stipulation shall limit or otherwise affect any defense available to the Individual Defendants as of December 19, 2005.

IT IS SO STIPULATED.

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: 651/287-2100
651/287-2103 (fax)

Liaison Counsel

DATED: March 11, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY D. LIGHT


s/ Jeffrey D. Light
JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

        CAVANAGH O'HARA
        WILLIAM K. CAVANAGH, JR.
        407 East Adams Street
        Springfield, IL 62605
        Telephone: 217/544-1771
        217/544-9894 (fax)

        Additional Counsel for Plaintiff

        LAWRENCE R. KING
        DAVID M. WILK
        LARSON KING, LLP
        2800 Wells Fargo Place
        30 East Seventh Street
        St. Paul, MN 55101
        651/312-6500
        651/312-6618 (fax)

        MARC J. SONNENFELD
        KAREN PIESLAK POHLMANN
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        215/963-5000
        215/963-5001 (fax)

DATED: March 11, 2008        BERNARD J. GARBUTT III
        MORGAN, LEWIS & BOCKIUS LLP


            s/ Bernard J. Garbutt III
            BERNARD J. GARBUTT III

        101 Park Avenue
        New York, NY 10178-0060
        212/309-6000
        212/309-6273 (fax)

        Counsel for Defendants Ron Marshall, LeAnne Stewart and Kathleen McDermott

S:\Settlement\Nash Finch 06.set\(v5) STP DISMISSING IND DEFS 00048970.doc