UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re NASH FINCH CO. SECURITIES LITIGATION This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 0:05-cv-02934-ADM-AJB <u>CLASS ACTION</u> LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS DATE: July 14, 2008 TIME: 9:00 a.m. COURTROOM: The Honorable Ann D. Montgomery |

Lead Plaintiff, Central Laborers' Pension Fund, hereby moves this Court to enter a Final Judgment and Order of Dismissal with Prejudice ("Final Judgment") and an order approving the Plan of Allocation of settlement proceeds. By entering the Final Judgment, the Court will finally approve the settlement set forth in the Stipulation of Settlement dated as of March 11, 2008. The order approving the Plan of Allocation of settlement proceeds will finally approve the proposed Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action.

This motion is made on the grounds that the settlement is fair, reasonable and adequate. The motion is based on the supporting memorandum of points and authorities, the related attachments, the affidavits submitted herewith, the pleadings and other files and records in this action and such other written or oral argument as may be presented to the Court.

DATED: May 23, 2008

Respectfully submitted,

REINHARDT WENDORF & BLANCHFIELD
GARRETT D. BLANCHFIELD, JR. (#209855)
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY D. LIGHT

s/ Jeffrey D. Light
JEFFREY D. LIGHT

- 1 -

- 2 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

CAVANAGH O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL  62605
Telephone:  217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

S:\Settlement\Nash Finch 06.set\MTN FINAL APPROVAL 00051385.doc